UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 19-30130 |
| | § | |
| WAILUA TECHNOLOGY INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Lowell T. Cage, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $540,285.71 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $39,000.00 | | |

3) Total gross receipts of $39,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $39,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,042,415.12 | $1,009,428.12 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $69,485.04 | $69,485.04 | $39,000.00 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $96,318.29 | $66,469.48 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $4,626,795.71 | $4,626,175.32 | $0.00 |
| **Total Disbursements** | $0.00 | $5,835,014.16 | $5,771,557.96 | $39,000.00 |

4). This case was originally filed under chapter 7 on 01/10/2019. The case was pending for 74 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2025   By: /s/ Lowell T. Cage
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 880.44 Units of Vyripharm Biopharmaceuticals (value $50 per unit) | 1129-000 | $5,000.00 |
| Preference - American Express | 1141-000 | $18,000.00 |
| Avoidance action - Roy Castillo | 1249-000 | $16,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$39,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cypress Fairbanks ISD | 4110-000 | $0.00 | $9,232.34 | $9,232.34 | $0.00 |
| 2 | Harris County et al. | 4110-000 | $0.00 | $8,535.30 | $8,535.30 | $0.00 |
| 7 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $23,442.97 | $23,442.97 | $0.00 |
| 8 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $30,763.39 | $30,763.39 | $0.00 |
| 9 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $18,841.64 | $18,841.64 | $0.00 |
| 10 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $36,652.79 | $3,665.79 | $0.00 |
| 11 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $69,480.12 | $69,480.12 | $0.00 |
| 12 | Ford Motor Credit Company LLC | 4210-000 | $0.00 | $36,277.13 | $36,277.13 | $0.00 |
| 35 | Advantage Business Capital, Inc. | 4210-000 | $0.00 | $765,378.05 | $765,378.05 | $0.00 |
| 46 | Amercredit Finacial Services, Inc. | 4210-000 | $0.00 | $43,811.39 | $43,811.39 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1,042,415.12** | **$1,009,428.** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

|  |
|---|
| 12 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lowell T. Cage, Trustee | 2100-000 | NA | $4,650.00 | $4,650.00 | $2,542.72 |
| International Sureties, Ltd | 2300-000 | NA | $49.04 | $49.04 | $49.04 |
| Independent Bank | 2600-000 | NA | $509.93 | $509.93 | $509.93 |
| Veritex Community Bank | 2600-000 | NA | $715.32 | $715.32 | $715.32 |
| American Express | 2990-000 | NA | $91.00 | $91.00 | $91.00 |
| U.S. Legal Support | 2990-000 | NA | $850.11 | $850.11 | $850.11 |
| Cage, Hill & Niehaus L.L.P., Attorney for Trustee | 3110-000 | NA | $24,112.00 | $24,112.00 | $13,185.00 |
| Cage, Hill & Niehaus L.L.P., Attorney for Trustee | 3120-000 | NA | $637.44 | $637.44 | $348.57 |
| Okin Adams LLP, Attorney for Trustee | 3210-000 | NA | $28,236.00 | $28,236.00 | $15,440.10 |
| Okin Adams LLP, Attorney for Trustee | 3220-000 | NA | $380.91 | $380.91 | $208.29 |
| TPS-West, LLC, Accountant for Trustee | 3410-000 | NA | $9,039.50 | $9,039.50 | $4,943.01 |
| TPS-West, LLC, Accountant for Trustee | 3420-000 | NA | $213.79 | $213.79 | $116.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | NA | $69,485.04 | $69,485.04 | $39,000.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Enrique Lopez | 5300-000 | $0.00 | $5,120.00 | $5,120.00 | $0.00 |
| 16 | Will Harrison | 5300-000 | $0.00 | $2,043.18 | $2,043.18 | $0.00 |
| 17 | Antonio Tenace | 5300-000 | $0.00 | $5,384.00 | $5,384.00 | $0.00 |
| 18 | Herbert McKinney | 5300-000 | $0.00 | $2,368.00 | $2,368.00 | $0.00 |
| 19 | Frank Taylor | 5300-000 | $0.00 | $3,680.00 | $3,680.00 | $0.00 |
| 20 | Texas Workforce | 5800-000 | $0.00 | $816.23 | $816.23 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | Commission | | | | | |
| 22 | Paul S. Tidwell | 5300-000 | $0.00 | $6,060.00 | $6,060.00 | $0.00 |
| 25 | Dewayne Perkins | 5300-000 | $0.00 | $2,280.00 | $2,280.00 | $0.00 |
| 26 | Comptroller of Public Accounts | 5800-000 | $0.00 | $8,804.75 | $8,804.75 | $0.00 |
| 27 | Comptroller of Public Accounts | 5800-000 | $0.00 | $29,848.81 | $0.00 | $0.00 |
| 28 | Raymond L. Weaver | 5300-000 | $0.00 | $2,640.00 | $2,640.00 | $0.00 |
| 29 | Michael R. Barajas | 5300-000 | $0.00 | $4,320.00 | $4,320.00 | $0.00 |
| 30 | Johnathan Morales | 5300-000 | $0.00 | $4,642.00 | $4,642.00 | $0.00 |
| 31 | Oscar Morales | 5300-000 | $0.00 | $3,872.00 | $3,872.00 | $0.00 |
| 32 | Eliazar Garza | 5300-000 | $0.00 | $1,920.00 | $1,920.00 | $0.00 |
| 38 | Frank David Herascu | 5300-000 | $0.00 | $3,840.00 | $3,840.00 | $0.00 |
| 40 | Jacob R Baldwin | 5300-000 | $0.00 | $4,235.32 | $4,235.32 | $0.00 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE Medicare (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $243.50 | $243.50 | $0.00 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $588.48 | $588.48 | $0.00 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $2,516.24 | $2,516.24 | $0.00 |
| | TEXAS EMPLOYMENT COMMISSION | 5800-000 | $0.00 | $1,095.78 | $1,095.78 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | State Unemployment (Employer) | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $96,318.29 | $66,469.48 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | ADI Global Distribution Corp | 7100-000 | $0.00 | $201,615.34 | $201,615.34 | $0.00 |
| 4 | Dell Technologies EMC | 7100-000 | $0.00 | $137,991.35 | $137,991.35 | $0.00 |
| 5 | Cellco Partnership | 7100-000 | $0.00 | $7,506.55 | $7,506.55 | $0.00 |
| 6 | Synnex Corp | 7100-000 | $0.00 | $191,888.20 | $191,888.20 | $0.00 |
| 13 | Ford Motor Credit Company LLC | 7100-000 | $0.00 | $756.01 | $756.01 | $0.00 |
| 14 | The Woodlands Preparatory School, LLC | 7100-000 | $0.00 | $350,600.00 | $350,600.00 | $0.00 |
| 21 | Altex Electronics LTD | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| 23 | ADI Global Distribution Corp | 7100-000 | $0.00 | $194,604.08 | $194,604.08 | $0.00 |
| 24 | Infusion Points Secure Bus Sol. | 7100-000 | $0.00 | $14,000.00 | $14,000.00 | $0.00 |
| 26a | Comptroller of Public Accounts | 7100-000 | $0.00 | $294.04 | $294.04 | $0.00 |
| 27a | Comptroller of Public Accounts | 7100-000 | $0.00 | $620.39 | $0.00 | $0.00 |
| 33 | Tradestar, Inc. | 7100-000 | $0.00 | $39,000.00 | $39,000.00 | $0.00 |
| 34 | American Express National Bank, AENB | 7100-000 | $0.00 | $49,117.35 | $49,117.35 | $0.00 |
| 35a | Advantage Business Capital, Inc. | 7100-000 | $0.00 | $3,024,210.37 | $3,024,210.37 | $0.00 |
| 36 | Sunbelt Rentals | 7100-000 | $0.00 | $5,997.65 | $5,997.65 | $0.00 |
| 37 | Equipmentshare.com, Inc. | 7100-000 | $0.00 | $15,451.18 | $15,451.18 | $0.00 |
| 39 | Communications Supply Corporation, a subsidiary of | 7100-000 | $0.00 | $158,200.41 | $158,200.41 | $0.00 |
| 41 | Kevin M Mosley | 7100-000 | $0.00 | $608.00 | $608.00 | $0.00 |
| 42 | Reliant Energy Retail Services, | 7100-000 | $0.00 | $976.97 | $976.97 | $0.00 |

|    |                                       |          |       |             |             |       |
|----|---------------------------------------|----------|-------|-------------|-------------|-------|
|    | LLC                                   |          |       |             |             |       |
| 43 | United Rentals (North America), Inc.  | 7100-000 | $0.00 | $9,737.92   | $9,737.92   | $0.00 |
| 44 | Gastar Exploration Inc                | 7200-000 | $0.00 | $195,619.90 | $195,619.90 | $0.00 |
| 45 | American Express National Bank        | 7200-000 | $0.00 | $18,000.00  | $18,000.00  | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $4,626,795.71 | $4,626,175.32 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit 8

| Case No.: | 19-30130-H3-7 | Trustee Name: | Lowell Cage |
| Case Name: | WAILUA TECHNOLOGY INC. | Date Filed (f) or Converted (c): | 01/10/2019 (f) |
| For the Period Ending: | 7/18/2025 | §341(a) Meeting Date: | 02/07/2019 |
| | | Claims Bar Date: | 05/23/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Central Bank (acct **8501) | $213.29 | $0.00 | | $0.00 | FA |
| 2 | WGH Post Oak, rent security deposit | $5,773.69 | $0.00 | | $0.00 | FA |
| 3 | Accounts receivable - over 90 days old | $494,798.73 | $0.00 | | $0.00 | FA |
| 4 | 880.44 Units of Vyripharm Biopharmaceuticals (value $50 per unit) | $40,022.00 | $5,000.00 | | $5,000.00 | FA |
| 5 | Office furniture | $1,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment (doc#31) | | | | | |
| 6 | Office equipment(Hardware $2500, misc addio visual equip $2000, Shure wireless microphones $0) | $4,500.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment (doc#31) | | | | | |
| 7 | 2017 Chevy Tahoe | $34,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 06/12/19 (doc#36). | | | | | |
| 8 | Preference - American Express (u) | $0.00 | $18,000.00 | | $18,000.00 | FA |
| 9 | Preference - ADI Global Distribution (u) | $0.00 | $9,171.59 | OA | $0.00 | FA |
| 10 | Preference - Crestron Electronics (u) | $0.00 | $11,404.30 | OA | $0.00 | FA |
| 11 | Avoidance action - Roy Castillo (u) | $0.00 | $100,000.00 | | $16,000.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$580,307.71   $143,575.89   $39,000.00   $0.00

**Major Activities affecting case closing:**

11/11/2021   Avoidance action against former owner and related company pending. Recent mediation before Judge Lopez unsuccessful but settled discussions will continue.

LTC

09/28/2020   Attempting collection of preferences. Avoidance action against Roy Castillo et al filed. Okin Adams substituted as attorney for Trustee.

LTC

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 19-30130-H3-7 | | | Trustee Name: | Lowell Cage |
| Case Name: | WAILUA TECHNOLOGY INC. | | | Date Filed (f) or Converted (c): | 01/10/2019 (f) |
| For the Period Ending: | 7/18/2025 | | | §341(a) Meeting Date: | 02/07/2019 |
| | | | | Claims Bar Date: | 05/23/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

09/30/2019   We are investigating potential avoidance action against former owner Roy Castillo. Still reviewing documents to determine extent of claims. One preference has already been resolved.
Two other small preference demands have been sent, but no response yet. There are no other assets.
(TLW)

Initial Projected Date Of Final Report (TFR):   12/31/2020    Current Projected Date Of Final Report (TFR):   12/31/2022    /s/ LOWELL CAGE

LOWELL CAGE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-30130-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | WAILUA TECHNOLOGY INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4579 | | Checking Acct #: | ******0130 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/10/2019 | | Blanket bond (per case limit): | $33,544,000.00 |
| For Period Ending: | 7/18/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2019 | (8) | American Express Travel Related Services | Preference settlement; ck#30064740 dated 07/02/19. | 1141-000 | $18,000.00 | | $18,000.00 |
| 10/14/2019 | 3001 | International Sureties, Ltd | Bond payment | 2300-000 | | $6.71 | $17,993.29 |
| 12/19/2019 | 3002 | U.S. Legal Support | Invoice No. 140094987 Original & certified copy of original - Rogerio Castillo | 2990-000 | | $850.11 | $17,143.18 |
| 05/08/2020 | 3003 | American Express | Document production; File No. CI-634W7 | 2990-000 | | $91.00 | $17,052.18 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.86 | $17,027.32 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.83 | $17,002.49 |
| 10/07/2020 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $5.27 | $16,997.22 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.79 | $16,972.43 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $24.75 | $16,947.68 |
| 12/08/2020 | (4) | Vyripharm Enterprises | Sale of equity interest; ck #1711 dated 12/01/20. | 1129-000 | $5,000.00 | | $21,947.68 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $30.30 | $21,917.38 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.96 | $21,885.42 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.91 | $21,853.51 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.86 | $21,821.65 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.82 | $21,789.83 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.77 | $21,758.06 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.72 | $21,726.34 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.68 | $21,694.66 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.63 | $21,663.03 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.59 | $21,631.44 |
| 10/10/2021 | 3005 | International Sureties, Ltd | Bond payment; Bond #016071777 | 2300-000 | | $7.59 | $21,623.85 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.54 | $21,592.31 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.48 | $21,560.83 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $31.44 | $21,529.39 |
| 01/28/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $21,529.39 | $0.00 |

| | | | | SUBTOTALS | $23,000.00 | $23,000.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-30130-H3-7 | |
| **Case Name:** | WAILUA TECHNOLOGY INC. | |
| **Primary Taxpayer ID #:** | **-***4579 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 1/10/2019 | |
| **For Period Ending:** | 7/18/2025 | |

| | |
|---|---|
| **Trustee Name:** | Lowell Cage |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******0130 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $33,544,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $23,000.00 | $23,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $21,529.39 | |
| | | | **Subtotal** | | $23,000.00 | $1,470.61 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $23,000.00 | $1,470.61 | |

| For the period of 1/10/2019 to 7/18/2025 | | For the entire history of the account between 07/15/2019 to 7/18/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,000.00 | Total Compensable Receipts: | $23,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,000.00 | Total Comp/Non Comp Receipts: | $23,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,470.61 | Total Compensable Disbursements: | $1,470.61 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,470.61 | Total Comp/Non Comp Disbursements: | $1,470.61 |
| Total Internal/Transfer Disbursements: | $21,529.39 | Total Internal/Transfer Disbursements: | $21,529.39 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-30130-H3-7 | | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|---|
| Case Name: | WAILUA TECHNOLOGY INC. | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4579 | | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 1/10/2019 | | | Blanket bond (per case limit): | $33,544,000.00 |
| For Period Ending: | 7/18/2025 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/28/2022 | | Veritex Community Bank | Transfer Funds | 9999-000 | $21,529.39 | | $21,529.39 |
| 01/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $4.48 | $21,524.91 |
| 02/03/2022 | | Veritex Community Bank | Bank Service Fee Refund | 2600-000 | | ($4.48) | $21,529.39 |
| 02/28/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $31.37 | $21,498.02 |
| 03/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.69 | $21,463.33 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.63 | $21,428.70 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.46 | $21,395.24 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.41 | $21,361.83 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.47 | $21,327.36 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.41 | $21,292.95 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $35.46 | $21,257.49 |
| 10/16/2022 | 5001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $7.45 | $21,250.04 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $32.09 | $21,217.95 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $33.13 | $21,184.82 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $34.18 | $21,150.64 |
| 01/19/2023 | (11) | Rogerio and Rene Castillo | Settlement | 1249-000 | $4,000.00 | | $25,150.64 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $36.00 | $25,114.64 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $36.60 | $25,078.04 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $43.07 | $25,034.97 |
| 04/22/2023 | (11) | Rogerio Castillo | Settlement Payment | 1249-000 | $4,000.00 | | $29,034.97 |
| 04/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $37.94 | $28,997.03 |
| 05/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $46.79 | $28,950.24 |
| 06/30/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $48.22 | $28,902.02 |
| 07/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $43.63 | $28,858.39 |
| 08/05/2023 | (11) | Rogerio Castillo | Setlement Payment | 1249-000 | $4,000.00 | | $32,858.39 |
| 08/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $51.77 | $32,806.62 |
| 10/08/2023 | (11) | Rogerio Castillo | Final Settlement Payment | 1249-000 | $4,000.00 | | $36,806.62 |
| | | | | SUBTOTALS | $37,529.39 | $722.77 | |

Page No: 4    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-30130-H3-7 | | Trustee Name: | Lowell Cage |
|---|---|---|---|---|
| Case Name: | WAILUA TECHNOLOGY INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4579 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/10/2019 | | Blanket bond (per case limit): | $33,544,000.00 |
| For Period Ending: | 7/18/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/08/2023 | 5002 | International Sureties, Ltd | Bond Payment 10/01/2023 to 10/01/2024 | 2300-000 | | $22.02 | $36,784.60 |
| 01/21/2025 | 5003 | Cage, Hill & Niehaus L.L.P. | Final Distribution Claim # | 3120-000 | | $348.57 | $36,436.03 |
| 01/21/2025 | 5004 | Cage, Hill & Niehaus L.L.P. | Final Distribution Claim # | 3110-000 | | $13,185.00 | $23,251.03 |
| 01/21/2025 | 5005 | Lowell T. Cage | Trustee Compensation | 2100-000 | | $2,542.72 | $20,708.31 |
| 01/21/2025 | 5006 | Okin Adams LLP | Final Distribution Claim # | 3220-000 | | $208.29 | $20,500.02 |
| 01/21/2025 | 5007 | Okin Adams LLP | Final Distribution Claim # | 3210-000 | | $15,440.10 | $5,059.92 |
| 01/21/2025 | 5008 | TPS-West, LLC | Final Distribution Claim # | 3420-000 | | $116.91 | $4,943.01 |
| 01/21/2025 | 5009 | TPS-West, LLC | Final Distribution Claim # | 3410-000 | | $4,943.01 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $37,529.39 | $37,529.39 | $0.00 |
| | | | Less: Bank transfers/CDs | | $21,529.39 | $0.00 | |
| | | | Subtotal | | $16,000.00 | $37,529.39 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $16,000.00 | $37,529.39 | |

| For the period of 1/10/2019 to 7/18/2025 | | For the entire history of the account between 01/28/2022 to 7/18/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,000.00 | Total Compensable Receipts: | $16,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,000.00 | Total Comp/Non Comp Receipts: | $16,000.00 |
| Total Internal/Transfer Receipts: | $21,529.39 | Total Internal/Transfer Receipts: | $21,529.39 |
| | | | |
| Total Compensable Disbursements: | $37,529.39 | Total Compensable Disbursements: | $37,529.39 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $37,529.39 | Total Comp/Non Comp Disbursements: | $37,529.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No. | 19-30130-H3-7 | | Trustee Name: | Lowell Cage |
| Case Name: | WAILUA TECHNOLOGY INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4579 | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/10/2019 | | Blanket bond (per case limit): | $33,544,000.00 |
| For Period Ending: | 7/18/2025 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $39,000.00 | $39,000.00 | $0.00 |

| For the period of 1/10/2019 to 7/18/2025 | | For the entire history of the case between 01/10/2019 to 7/18/2025 | |
|---|---|---|---|
| Total Compensable Receipts: | $39,000.00 | Total Compensable Receipts: | $39,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,000.00 | Total Comp/Non Comp Receipts: | $39,000.00 |
| Total Internal/Transfer Receipts: | $21,529.39 | Total Internal/Transfer Receipts: | $21,529.39 |
| | | | |
| Total Compensable Disbursements: | $39,000.00 | Total Compensable Disbursements: | $39,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,000.00 | Total Comp/Non Comp Disbursements: | $39,000.00 |
| Total Internal/Transfer Disbursements: | $21,529.39 | Total Internal/Transfer Disbursements: | $21,529.39 |

/s/ LOWELL CAGE

LOWELL CAGE